UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KEITH RUSSELL JUDD (SANCTIONED/BARRED)** | **CIVIL ACTION NO. 11-0870** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SECRETARY STATE OF LOUISIANA, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## MEMORANDUM ORDER

On August 24, 2011, this Court issued an Order [Doc. No. 6] staying this matter filed by *pro se* Plaintiff Keith Russell Judd ("Judd") pending a decision by the Judicial Panel on Multidistrict Litigation in MDL No. 2276, *In Re Keith Russell Judge Voting Rights Litigation.*

Judd filed over 30 related actions in various federal district courts seeking to be placed on the 2012 presidential primary ballots and for judgments declaring the rights of convicted felons to vote in federal elections. Judd filed a motion with the Judicial Panel on Multidistrict Litigation to centralize these cases in the Western District of Arkansas. The motion was denied by the Judicial Panel. (MDL No. 2276, Doc. No. 24) Judd moved for reconsideration of the motion which was also denied on December 19, 2011. (MDL No. 2276, Doc. No. 29). In light of the denial of the motion to centralize Judd's cases,

**IT IS ORDERED THAT** the stay issued in this case is LIFTED.

**IT IS FURTHER ORDERED** that, for the reasons set forth in the Court's June 28, 2011 Memorandum Order [Doc. No. 3], Judd must provide proof within thirty (30) days of the date of this Memorandum Order that he has paid the outstanding sanctions owed to the United States Court of Appeals for the Fifth Circuit. If he fails to do so, his Complaint will be stricken, and his suit

dismissed. If Judd provides proof of payment, he may re-urge his application to proceed *in forma pauperis*.

  **MONROE, LOUISIANA, this 8th day of May, 2012.**

                _____
                **ROBERT G. JAMES**
                **UNITED STATES DISTRICT JUDGE**