## UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **KEITH RUSSELL JUDD** **(SANCTIONED/BARRED)** | **CIVIL ACTION 3:11CV870** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SECRETARY STATE OF LA, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### ORDER

On June 9, 2011, Plaintiff Keith Russell Judd ("Plaintiff") filed a complaint pursuant to 42 U.S.C. §1983 and a Motion for Leave to Proceed *In Forma Pauperis*.  Plaintiff's complaint indicated he may have a case pending under the jurisdiction of the Judicial Panel on Multidistrict Litigation, and the case in this court was stayed pending a decision from the Judicial Panel. [Doc. No. 6]  The Judicial Panel on Multidistrict Litigation ultimately dismissed Plaintiff's claims. (MDL No. 2276, Doc. No. 24).  On May 8, 2012, this Court issued a Memorandum Order [Doc. No. 11] lifting the stay and ordering Plaintiff to provide proof, within thirty (30) days from the date of the Memorandum Order, that Plaintiff has paid the outstanding sanctions owed to the United States Court of Appeals for the Fifth Circuit, or he would have his pleadings stricken and his suit dismissed.  Plaintiff has failed to provide proof that sanctions were paid.  Accordingly,

**IT IS ORDERED** that the Complaint filed by Plaintiff on June 9, 2011, be and is hereby **STRICKEN FROM THE RECORD,** and this case **CLOSED.**

**MONROE, LOUISIANA**, this 20th day of June, 2012.

ROBERT G. JAMES, CHIEF JUDGE
WESTERN DISTRICT OF LOUISIANA