UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KEITH RUSSELL JUDD (SANCTIONED/BARRED)** | **CIVIL ACTION NO. 11-870** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SECRETARY STATE OF LOUISIANA ET AL** | **MAG. JUDGE KAREN L. HAYES** |

### ORDER

Upon consideration,

IT IS ORDERED that Plaintiff Keith Russell Judd's "Motion for Relief from Judgment or Order Under Twenty Fourth Amendment; And Motion to Amend for Court Order to Register All Convicted and Incarcerated Felons to Vote in All Federal Elections and Caucuses and Democratic National Convention; and For Order to Remove Barack Obama from State's 2012 Presidential Primary Election Ballot/Caucus and Award All Delegates to Keith Judd, Democratic Presidential Candidate" [Doc. No. 21] is DENIED. As of this date, Judd has not provided the Court with evidence that he paid the sanctions ordered by the United States Court of Appeals for the Fifth Circuit. Further, his case is now on appeal to that court.

**MONROE, LOUISIANA,** this 10th day of August, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE